*Prepared by:*
Tyson B. Snow, tsnow@padrm.com, #10747
Joseph G. Pia, joe.pia@padrm.com, #9945
PIA ANDERSON DORIUS REYNARD & MOSS
222 South Main Street, Suite 1830
Salt Lake City, Utah 84101
Telephone (801) 350-9000
Facsimile (801) 350-9010

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ETAGZ, INC., an Indiana corporation,<br><br>    Plaintiff,<br><br>v.<br><br>MGA ENTERTAINMENT, INC. aCalifornia corporation; and DOES 1-10.<br><br>    Defendants. | **ORDER GRANTING STIPULATED MOTION REQUESTING AN EXTENSION OF TIME FOR DEFENDANT MGA ENTERTAINMENT, INC., TO RESPOND TO PLAINTIFF'S MOTION FOR MEDIATION [DKT. #16] DUE TO IMPENDING SETTLEMENT**<br><br>Case No. 2:13-cv-00024-DAK<br><br>Judge Dale A. Kimball<br>Magistrate Judge Evelyn J. Furse |

Having considered the Stipulated Motion Requesting an Extension of Time for Defendant MGA Entertainment, Inc., to Respond to Plaintiff's Motion for Mediation (Dkt. #16) Due to Impending Settlement ("Motion for Extension"), and for good cause showing, it is HEREBY ORDERED that:

1. The Motion for Extension is GRANTED; and

2. MGA Entertainment, Inc., shall have up to and including June 18, 2013, to respond to Plaintiff's Motion for Mediation (Dkt. #16).

DATED this 29th day of May, 2013.

> UNITED STATES DISTRICT COURT
>
> Judge Dale A. Kimball